UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH JEREZ, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,<br><br>*Plaintiff*,<br><br>v.<br><br>THE FASHION POET LLC and ADY GLUCK-FRANKEL,<br><br>*Defendants.* | Case No. 1:23-cv-2397-BMC<br><br>**CONSENT ORDER VACATING DEFAULT AND EXTENDING TIME TO REPLY TO THE COMPLAINT** |

    **THIS MATTER** having been brought to the Court by counsel for Plaintiff Ruth Jerez and counsel for Defendants The Fashion Poet LLC and Ady Gluck-Frankel; the parties hereby having agreed to vacate the default in appearance entered against Defendant The Fashion Poet LLC (docket #27); the parties having agreed to extend the time to reply to the Complaint to July 31, 2023; and for good cause show;

    IT IS on this __11th__ day of July 2023

    ORDERED that the default in appearance entered against Defendant The Fashion Poet LLC (docket #27) be and is hereby vacated; and

    ORDERED that the time for all Defendants to answer or otherwise move in response to the Complaint be and is hereby extended to July 31, 2023.

*Brian M. Cogan*
_____
HON. BRIAN M. COGAN, U.S.D.J.

Consented and agreed to:

| | |
|---|---|
| */s/Anthony M. Rainone* | */s/Jason Mizrahi* |
| Anthony M. Rainone, Esq. | Jason Mizrahi |
| **BRACH EICHLER LLC** | **Levin-Epstein & Associates, P.C.** |
| 101 Eisenhower Parkway | 60 East 42nd Street |
| Roseland, NJ 07068 | Suite 4700 |
| (973) 228-5700 | New York, NY 10165 |
| -and- | 212-792-0048 |
| 5 Penn Plaza, 23rd Floor | Fax: 646-786-3170 |
| New York - NY 10001 | Email: jason@levinepstein.com |
| arainone@bracheichler.com | |
| *Attorneys for Defendants The Fashion Poet LLC and Ady Gluck-Frankel* | Dated: July 11, 2023 |

Dated: July 11, 2023