UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Ruth Jerez, on behalf of herself and others similarly situated in the proposed FLSA Collective Action,

                Plaintiff,                JUDGMENT

v.                                    23-cv-02397-BMC

The Fashion Poet LLC, and Ady Gluck-Frankel,

                Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 19, 2024; and Defendants The Fashion Poet LLC, and Ady Gluck-Frankel, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Ruth Jerez in the total sum of Ten Thousand Dollars and Zero Cents ($10,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Ruth Jerez and against Defendants The Fashion Poet LLC, and Ady Gluck-Frankel in the total sum of Ten Thousand Dollars and Zero Cents ($10,000.00), payable as follows: 1. A payment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) payable within five (5) days of the Court's entry of a final judgment.

Dated:  Brooklyn, New York                             Brenna B. Mahoney
          January 22, 2024                                Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk