UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Ruth Jerez, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action*,

                              *Plaintiff*,

      - against -

The Fashion Poet LLC, and Ady Gluck-Frankel,

                            *Defendants*.
---------------------------------------------------------------X

Case No.: 1:23-cv-02397

**NOTICE OF SATISFACTION OF FED.R.CIV.P. 68 OFFER OF JUDGMENT**

      WHEREAS, on January 22, 2024 Brenna B. Mahoney, Clerk of Court entered a consent judgment in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00), against Defendants The Fashion Poet LLC, and Ady Gluck-Frankel (together, the "Defendants"), in favor of Plaintiff Ruth Jerez ("Plaintiff"), pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") (the "Fed.R.Civ.P. 68 Judgment");

      NOTICE IS HEREBY GIVEN that as of the date of this filing, Defendants have satisfied the Fed.R.Civ.P. 68 Judgment;

      THEREFORE, satisfaction of the Fed.R.Civ.P. 68 Judgment having been acknowledged, it is respectfully requested that the Clerk of Court make an entry of satisfaction of the Fed.R.Civ.P. 68 Judgment.

                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                        By: _____
                                              Joshua Levin-Epstein, Esq.
                                             60 East 42nd Street, Suite 4700
                                             New York, NY 10165
                                             Tel. No.:  (212) 792-0046
                                             Email: Joshua@levinepstein.com
                                             *Attorneys for Plaintiff*

VIA ECF: All Counsel

State of New York    )
                     ) ss.:
County of New York   )

On the _____ day of _____ in the year 2024 before me, the undersigned, personally appeared Joshua D. Levin-Epstein personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument

_____
Notary Public